UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael WILLIAMS, Defendant–
Appellant.

No. 04–15128.

United States Court of Appeals,
Eleventh Circuit.

July 15, 2008.

Ophelia M. Valls, Law Offices of Ophelia
M. Valls, Richard J. Diaz, Law Offices of
Richard J. Diaz, P.A., Coral Gables, FL,
for Williams.

Suzan H. Ponzoli, Anne R. Schultz, Asst.
U.S. Atty., Miami, FL, for U.S.

Before BARKETT, WILSON and
REAVLEY*, Circuit Judges.

PER CURIAM:

This case comes to us on remand from
the Supreme Court of the United States.
*See United States v. Williams,* —— U.S.
——, 128 S.Ct. 1830, 170 L.Ed.2d 650
(2007), *reversing United States v.
Williams,* 444 F.3d 1286 (11th Cir.2006).
In accordance therewith, we hereby AF-
FIRM Williams's conviction and sentence

* Honorable Thomas M. Reavley, United States
  Circuit Judge for the Fifth Circuit, sitting by

for pandering child pornography in viola-
tion of 18 U.S.C. § 2252A(a)(3)(B).

AFFIRMED.